IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JOHN M. MILLER,**<br>[DOB: 2-13-1997]<br><br>Defendant. | No. 25-03167-01-CR-S-SRB<br><br>**COUNT 1**<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)<br>NLT 5 Years Imprisonment<br>NMT 40 Years Imprisonment<br>NMT $5,000,000 Fine<br>NLT 4 Years Supervised Release<br>Class B Felony<br><br>**COUNT 2**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment (Each Count of Conviction) |

## **SUPERSEDING INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### **COUNT 1**

On or about August 27, 2025, in Christian County, in the Western District of Missouri, the defendant, **JOHN M. MILLER**, knowingly and intentionally possessed with intent to distribute, 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### **COUNT 2**

On or about August 27, 2025, in Christian County, in the Western District of Missouri, the defendant, **JOHN M. MILLER**, knowing that he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Canik pistol bearing serial number 21BC56773, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

    Respectfully submitted,

    R. MATTHEW PRICE
    United States Attorney

    /s/ Stephanie L. Wan
    STEPHANIE L. WAN
    Missouri Bar #58918
    Assistant United States Attorney

DATED: 1-20-2026
    Springfield, Missouri